**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI**

|  |  |  |
|---|---|---|
| KEVIN BROWN, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 4:25-cv-01284-JMD |
| DEVELOPMENT SERVICES GROUP, | ) | |
| INC. et al., | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |
| | ) | |

**ORDER OF DISMISSAL**

The Court **HEREBY DISMISSES** this matter with prejudice.

Dated this 24th day of July, 2026

_____

JOSHUA M. DIVINE
UNITED STATES DISTRICT JUDGE
FOR THE EASTERN AND WESTERN
DISTRICTS OF MISSOURI

1